IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Michael Goins, | C/A NO. 4:12-1593-CMC-TER |
| Plaintiff, | |
| | **OPINION and ORDER** |
| v. | |
| Lt. Horn; Sgt. Wilson; Ofc. Gibson, | |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed this action in this court on June 14, 2012. By Order filed July 5, 2012, Plaintiff was give an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. On July 19, 2012, Plaintiff filed a letter stating that he did not realize submitting a petition to the court "would result in [a] case being filed so early." ECF No. 16. However, Plaintiff did not provide any of the information required by the Order, and the time to bring this case into proper form now has lapsed.

Plaintiff has failed to provide the necessary information and therefore has failed to comply with an order of this court. This case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 6, 2012

1